```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 17-00254-JJT
Kathy Koch                                                    Chapter 13
Steven Koch
        Debtors                   **CERTIFICATE OF NOTICE**

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
jdb/db         +Kathy Koch,   Steven Koch,   124 Mountain View Drive,   Jersey Shore, PA 17740-8524
4886124        +AIP Solutions,   9449 N 90th Street Suite 201,   Scottsdale, AZ 85258-5037
4886125        +Altus GTS Inc,   2400 Veterans Memorial Blvd.,   Suite 300,   Kenner, LA 70062-8725
4876397       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
4886126        +Backyard Prodcasting,   1685 Four Mile Drive,   Williamsport, PA 17701-1975
4886127        +BestLine Leasing,   2582 Gateway Drive,   State College, PA 16801-3019
4876398        +Caine & Weiner,   Po Box 5010,   Woodland Hills, CA 91365-5010
4886130        +Cambece Law,   200 Cummings Center,   Suite 173 D,   Beverly, MA 01915-6190
4876399        +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
4886132        +Citibank,   701 East 60th Street N,   Sioux Falls, SD 57104-0493
4886133        +Comcast,   Po Box 3001,   Southeastern, PA 19398-3001
4876402        +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
4886137        +Empire Solutions,   7406 Route 98,   Arcade, NY 14009-9713
4876403        +Jersey Shore State Ban,   300 Market St,   Williamsport, PA 17701-6374
4876404        +KML,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
4876407        +Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
4886151        +Szabo Assoc.,   3355 Lenox Road NE,   Suite 945,   Atlanta, GA 30326-1395
4886152        +Tim & Doreen Stickles,   9845 North Route 220 Highway,   Jersey Shore, PA 17740-7893
4876410        +Torres Credit Srv,   27 Fairview St Ste 301,   Carlisle, PA 17015-3200
4886154        +Williamsport Sun Gazette,   252 West 4th Street,   Williamsport, PA 17701-6133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4876400        +E-mail/Text: electronicbkydocs@nelnet.net Feb 28 2017 19:05:41     Dept Of Education/neln,
                121 S 13th St,   Lincoln, NE 68508-1904
4880327         E-mail/Text: mrdiscen@discover.com Feb 28 2017 19:05:13     Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
4876401        +E-mail/Text: mrdiscen@discover.com Feb 28 2017 19:05:13     Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
4886138        +E-mail/Text: ronnie.hockenbury@e-hps.com Feb 28 2017 19:05:13     Heartland Payment Systems,
                1 Heartland Way,   Jeffersonville, IN 47130-5870
4886140         E-mail/Text: cio.bncmail@irs.gov Feb 28 2017 19:05:22     Internal Revenue Service,
                Insolvency Unit,   POB 628,   Pittsburgh, PA 15230
4876405        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 28 2017 19:05:16     Kohls/capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
4876406         E-mail/Text: camanagement@mtb.com Feb 28 2017 19:05:26     M & T Bank,   1 Fountain Plz,
                Buffalo, NY 14203
4886146        +E-mail/Text: bankruptcy@ondeck.com Feb 28 2017 19:05:54     OnDeck Capital Inc.,
                1400 Broadway,   New York, NY 10018-5300
4886147         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2017 19:05:35     PA Department of Revenue,
                Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0496
4876408        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 19:30:49
                Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
4886149        +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 19:07:25     SYNCB,   PO BOX 965015,
                Orlando, FL 32896-5015
4876409        +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 19:07:54     Syncb/sams Club,   Po Box 965005,
                Orlando, FL 32896-5005
4879180        +E-mail/Text: electronicbkydocs@nelnet.net Feb 28 2017 19:05:41     U.S. Department of Education C/O Nelnet,   121 S 13TH ST, SUITE 201,   Lincoln, NE 68508-1911
                                                                                    TOTAL: 13


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4886128*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
4886129*       +Caine & Weiner,   Po Box 5010,   Woodland Hills, CA 91365-5010
4886131*       +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
4886134*       +Dept Of Education/neln,   121 S 13th St,   Lincoln, NE 68508-1904
4886135*       +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
4886136*       +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
4886139*       +Internal Revenue Service,   Insolvency Unit,   POB 7346,   Philadelphia, PA 19101-7346
4886141*       +Jersey Shore State Ban,   300 Market St,   Williamsport, PA 17701-6374
4886142*       +KML,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
4886143*       +Kohls/capone,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
4886144*      ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
               (address filed with court:  M & T Bank,   1 Fountain Plz,   Buffalo, NY 14203)
4886145*       +Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
4886148*       +Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
4886150*       +Syncb/sams Club,   Po Box 965005,   Orlando, FL 32896-5005
4886153*       +Torres Credit Srv,   27 Fairview St Ste 301,   Carlisle, PA 17015-3200
                                                                  TOTALS: 0, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Paul W McElrath, Jr.   on behalf of Joint Debtor Kathy  Koch ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W McElrath, Jr.   on behalf of Debtor Steven  Koch ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                            TOTAL: 5

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kathy Koch
Steven Koch

    Debtor(s)

Chapter        13

Case No.       4:17−bk−00254−JJT

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: April 17, 2017 <br> Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
197 S Main St, Wilkes−Barre, PA 18701 OR
PO Box 908, Harrisburg, PA 17108
570−831−2500/717−901−2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: TWilson

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: February 28, 2017