UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEPHEN KOCH
KATHY KOCH

        Debtor(s)        CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

                              CASE NO: 4-17-00254-JJT

STEPHEN KOCH
KATHY KOCH

        Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on April 13, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 521(a), 521(f) and 1307(c), due to unreasonable delay in providing the Trustee a complete copy of the 2015 Federal Tax Return.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                                      RESPECTFULLY SUBMITTED,
                                      s/   Charles J. DeHart, III
                                      Charles J. DeHart, III, Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      Phone: (717) 566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEPHEN KOCH
KATHY KOCH

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 4-17-00254-JJT

Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for unreasonable delay in providing the Trustee with a complete copy of your 2015 Federal Income Tax Return.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion as indicated below. Any matter not resolved at the Trustee's Conference shall be heard at the dismissal hearing.

**CONFERENCE before Trustee:**
May 26, 2017 at 9:30 am
U.S. Courthouse and Federal Building
240 West Third Street
Williamsport, PA 17701

**HEARING:**
May 26, 2017 at 10:05 AM
U.S. Courthouse and Federal Building
Courtroom #1, 4th Floor
240 West Third Street
Williamsport, PA 17701

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place on or before: **May 19, 2017**.

1. You have provided the Trustee at the following address:
   (a) with a complete copy of your 2015 Federal income tax return including schedules and forms; or
   (b) with a statement why you were not required to file a tax return for 2015; or
   (c) with a copy of your 2015 Form 4868 filed to request an extension of the time to file your tax return.

OFFICE OF THE CHAPTER 13 TRUSTEE
SUITE A, 8125 ADAMS DRIVE
HUMMELSTOWN, PA 17036

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE**

**BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  April 13, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANAI

IN RE: STEPHEN KOCH
KATHY KOCH

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 4-17-00254-JJT

Movant

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on April 13, 2017.

PAUL W McELRATH, JR, ESQUIRE
McELRATH LEGAL HOLDINGS, LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA  15210-

STEPHEN KOCH
KATHY KOCH
124 MOUNTAIN VIEW DRIVE
JERSEY SHORE, PA  17740

Respectfully Submitted,
s/Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  April 13, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEPHEN KOCH
KATHY KOCH

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 4-17-00254-JJT

vs.

STEPHEN KOCH
KATHY KOCH

MOTION TO DISMISS

    Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.