```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                  Case No. 17-00254-JJT
Kathy Koch                                                              Chapter 13
Steven Koch
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-4          User: JGoodling              Page 1 of 2              Date Rcvd: Apr 11, 2017
                              Form ID: ntnew341            Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
jdb/db         +Kathy Koch,    Steven Koch,    124 Mountain View Drive,    Jersey Shore, PA 17740-8524
4886124        +AIP Solutions,    9449 N 90th Street Suite 201,    Scottsdale, AZ 85258-5037
4886125        +Altus GTS Inc,    2400 Veterans Memorial Blvd.,    Suite 300,    Kenner, LA 70062-8725
4876397       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
4886126        +Backyard Prodcasting,    1685 Four Mile Drive,    Williamsport, PA 17701-1975
4886127        +BestLine Leasing,    2582 Gateway Drive,    State College, PA 16801-3019
4876398        +Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
4886130        +Cambece Law,    200 Cummings Center,    Suite 173 D,    Beverly, MA 01915-6190
4876399        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
4886132        +Citibank,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
4886133        +Comcast,    Po Box 3001,    Southeastern, PA 19398-3001
4876402        +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
4886137        +Empire Solutions,    7406 Route 98,    Arcade, NY 14009-9713
4876403        +Jersey Shore State Ban,    300 Market St,    Williamsport, PA 17701-6374
4876404        +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
4876407        +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
4886151        +Szabo Assoc.,    3355 Lenox Road NE,    Suite 945,    Atlanta, GA 30326-1395
4886152        +Tim & Doreen Stickles,    9845 North Route 220 Highway,    Jersey Shore, PA 17740-7893
4876410        +Torres Credit Srv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
4891880         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
4886154        +Williamsport Sun Gazette,    252 West 4th Street,    Williamsport, PA 17701-6133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4899749         E-mail/Text: ebn@squaretwofinancial.com Apr 11 2017 18:58:41      CACH, LLC,    PO BOX 5980,
                 DENVER, CO 80217-5980
4876400        +E-mail/Text: electronicbkydocs@nelnet.net Apr 11 2017 18:58:32      Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
4880327         E-mail/Text: mrdiscen@discover.com Apr 11 2017 18:58:16      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4876401        +E-mail/Text: mrdiscen@discover.com Apr 11 2017 18:58:16      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
4886138        +E-mail/Text: ronnie.hockenbury@e-hps.com Apr 11 2017 18:58:16      Heartland Payment Systems,
                 1 Heartland Way,    Jeffersonville, IN 47130-5870
4886140         E-mail/Text: cio.bncmail@irs.gov Apr 11 2017 18:58:19      Internal Revenue Service,
                 Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
4876405        +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 11 2017 18:58:17      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
4876406         E-mail/Text: camanagement@mtb.com Apr 11 2017 18:58:22      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
4891274         E-mail/Text: camanagement@mtb.com Apr 11 2017 18:58:22      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
4886146        +E-mail/Text: bankruptcy@ondeck.com Apr 11 2017 18:58:50      OnDeck Capital Inc.,
                 1400 Broadway,    New York, NY 10018-5300
4886147         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2017 18:58:28      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
4876408        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2017 19:01:59
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
4886149        +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 18:55:17      SYNCB,    PO BOX 965015,
                 Orlando, FL 32896-5015
4876409        +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 18:55:17      Syncb/sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
4879180        +E-mail/Text: electronicbkydocs@nelnet.net Apr 11 2017 18:58:32
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    Lincoln, NE 68508-1911
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4886128*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
4886129*       +Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
4886131*       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
4886134*       +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
4886135*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
4886136*       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
4886139*       +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
4886141*       +Jersey Shore State Ban,    300 Market St,    Williamsport, PA 17701-6374
4886142*       +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
4886143*       +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
4886144*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
               (address filed with court:   M & T Bank,    1 Fountain Plz,    Buffalo, NY 14203)
4886145*       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
4886148*       +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
4886150*       +Syncb/sams Club,    Po Box 965005,    Orlando, FL 32896-5005
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
4886153*        +Torres Credit Srv,   27 Fairview St Ste 301,   Carlisle, PA 17015-3200
                                                                          TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.   on behalf of Joint Debtor Kathy  Koch ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W McElrath, Jr.   on behalf of Debtor Steven  Koch ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                TOTAL: 5

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kathy Koch
Steven Koch

Chapter 13

Case No. 4:17−bk−00254−JJT

Debtor(s)

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: May 15, 2017 |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
197 S Main St, Wilkes−Barre, PA 18701 OR
PO Box 908, Harrisburg, PA 17108
570−831−2500/717−901−2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: JGoodling

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: April 11, 2017