```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                        Case No. 17-00254-JJT
Kathy Koch                                                    Chapter 13
Steven Koch
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-4     User: JGoodling          Page 1 of 2          Date Rcvd: May 17, 2017
                         Form ID: ntcnfhrg        Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
jdb/db         +Kathy Koch,    Steven Koch,    124 Mountain View Drive,    Jersey Shore, PA 17740-8524
4886124        #+AIP Solutions,    9449 N 90th Street Suite 201,    Scottsdale, AZ 85258-5037
4886125        +Altus GTS Inc,    2400 Veterans Memorial Blvd.,    Suite 300,    Kenner, LA 70062-8725
4876397        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
4886126        +Backyard Prodcasting,    1685 Four Mile Drive,    Williamsport, PA 17701-1975
4886127        +BestLine Leasing,    2582 Gateway Drive,    State College, PA 16801-3019
4876398        +Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
4886130        +Cambece Law,    200 Cummings Center,    Suite 173 D,    Beverly, MA 01915-6190
4912710         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4876399        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
4886132        +Citibank,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
4886133        +Comcast,    Po Box 3001,    Southeastern, PA 19398-3001
4922312         Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA   98083-0657
4876402        +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
4886137        +Empire Solutions,    7406 Route 98,    Arcade, NY 14009-9713
4876403        +Jersey Shore State Ban,    300 Market St,    Williamsport, PA 17701-6374
4876404        +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
4876407        +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
4913375        +Midland Funding, LLC,    Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,
                 PO Box 2011,    Warren, MI 48090-2011
4886151        +Szabo Assoc.,    3355 Lenox Road NE,    Suite 945,    Atlanta, GA 30326-1395
4886152        +Tim & Doreen Stickles,    9845 North Route 220 Highway,    Jersey Shore, PA 17740-7893
4876410        +Torres Credit Srv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
4891880         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
4886154        +Williamsport Sun Gazette,    252 West 4th Street,    Williamsport, PA 17701-6133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4899749         E-mail/Text: ebn@squaretwofinancial.com May 17 2017 19:16:34     CACH, LLC,    PO BOX 5980,
                 DENVER, CO 80217-5980
4876400        +E-mail/Text: electronicbkydocs@nelnet.net May 17 2017 19:16:27     Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
4880327         E-mail/Text: mrdiscen@discover.com May 17 2017 19:16:08     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4876401        +E-mail/Text: mrdiscen@discover.com May 17 2017 19:16:08     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
4886138        +E-mail/Text: ronnie.hockenbury@e-hps.com May 17 2017 19:16:09     Heartland Payment Systems,
                 1 Heartland Way,    Jeffersonville, IN 47130-5870
4886140         E-mail/Text: cio.bncmail@irs.gov May 17 2017 19:16:15     Internal Revenue Service,
                 Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
4876405        +E-mail/Text: bnckohlsnotices@becket-lee.com May 17 2017 19:16:13     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
4876406         E-mail/Text: camanagement@mtb.com May 17 2017 19:16:18     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
4891274         E-mail/Text: camanagement@mtb.com May 17 2017 19:16:18     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
4886146        +E-mail/Text: bankruptcy@ondeck.com May 17 2017 19:16:42     OnDeck Capital Inc.,
                 1400 Broadway,    New York, NY 10018-5300
4886147         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2017 19:16:23     PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
4876408        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2017 19:13:22
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
4886149        +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 19:07:45     SYNCB,    PO BOX 965015,
                 Orlando, FL 32896-5015
4876409        +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 19:07:34     Syncb/sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
4879180        +E-mail/Text: electronicbkydocs@nelnet.net May 17 2017 19:16:27
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    Lincoln, NE 68508-1911
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4886128*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
4886129*       +Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
4886131*       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
4886134*       +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
4886135*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
4886136*       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
4886139*       +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
4886141*       +Jersey Shore State Ban,    300 Market St,    Williamsport, PA 17701-6374
4886142*       +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
4886143*       +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
```

```
District/off: 0314-4           User: JGoodling         Page 2 of 2              Date Rcvd: May 17, 2017
                               Form ID: ntcnfhrg       Total Noticed: 39
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
4886144*       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                 (address filed with court:   M & T Bank,    1 Fountain Plz,    Buffalo, NY 14203)
4886145*       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
4886148*       +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
4886150*       +Syncb/sams Club,    Po Box 965005,    Orlando, FL 32896-5005
4886153*       +Torres Credit Srv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
                                                                                 TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.    on behalf of Joint Debtor Kathy  Koch ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W McElrath, Jr.    on behalf of Debtor Steven  Koch ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 5
```

Case 4:17-bk-00254-JJT   Doc 34   Filed 05/19/17   Entered 05/20/17 00:47:30   Desc
                    Imaged Certificate of Notice   Page 2 of 3

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kathy Koch
Steven Koch

Debtor(s)

Chapter 13

Case No. 4:17−bk−00254−JJT

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **June 16, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: June 23, 2017 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 197 S Main St, Wilkes−Barre, PA 18701 OR PO Box 908, Harrisburg, PA 17108 570−831−2500/717−901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: JGoodling |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 17, 2017 |