**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Case No. 4:17-bk-00254 |
| | : | |
| Steven Koch and | : | |
| Kathy Koch, | : | |
|       Debtor | : | Chapter 13 |
| Steven Koch, | : | |
|       Movant | : | |
| S. S. No. xxx-xx-(3014) | : | Related to Doc. No. 39 |
| | : | |
| v. | : | |
| Commonwealth of PA | : | |
| Bureau of Comm Payroll Operations, | : | WO-1 |
|       Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 21, 2017, I served a copy of the above-captioned pleading and within **Wage Attachment Order** together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on: June 21, 2017            /s/ Sharla Munroe
                                                           Sharla Munroe, Paralegal
                                                           McElrath Legal Holdings, LLC
                                                           1641 Saw Mill Run Boulevard
                                                           Pittsburgh, PA 15210
                                                           slittle@mcelrathlaw.com
                                                           Tel: 412.765.3606
                                                           Fax: 412.765.1917

# Matrix

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Service by First-Class Mail:

Charles J. DeHart, III
Ch 13 Trustee
8125 Adams Drive, Ste A
Hummelstown, PA 17036

Steven Koch
Kathy Koch
124 Mountain View Drive
Jersey Shore, PA 17740

Commonwealth of Pennsylvania
Bureau of Comm Payroll Operations
PO Box 8006
Harrisburg, PA 17105