```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-00254-RNO
Kathy Koch                                                      Chapter 13
Steven Koch
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-4      User: AutoDocke      Page 1 of 1         Date Rcvd: Jan 21, 2020
                          Form ID: trc         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5097138        +E-mail/Text: bankruptcy@ondeck.com Jan 21 2020 19:19:19     On Deck Capital, Inc.,
                 101 West Colfax Ave., 10th Floor,   Denver, CO 80202-5167
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.    on behalf of Debtor 2 Kathy  Koch ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Steven  Koch ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:17-bk-00254-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Kathy Koch
124 Mountain View Drive
Jersey Shore PA 17740

Steven Koch
124 Mountain View Drive
Jersey Shore PA 17740

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/17/2020.

Name and Address of Alleged Transferor(s):

Claim No. 14: On Deck Capital, Inc., 101 West Colfax Ave., 10th Floor, Denver, CO 80202

Name and Address of Transferee:

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
LVNV Funding LLC
c/o Resurgent Capital Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/23/20

Terrence S. Miller
**CLERK OF THE COURT**