United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Kathy Koch  
Steven Koch  
    Debtors

Case No. 17-00254-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 4  
Date Rcvd: Oct 19, 2021     Form ID: 3180WJ2     Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Koch, 456 E. High Street, Bellefonte, PA 16823-1904 |
| jdb | + | Kathy Koch, 124 Mountain View Drive, Jersey Shore, PA 17740-8524 |
| 4970882 | + | ABSC Recovery, 3189 Princeton Road, Suite 217, Hamilton, OH 45011-5338 |
| 4886124 | + | AIP Solutions, 9449 N 90th Street Suite 201, Scottsdale, AZ 85258-5037 |
| 4886125 | + | Altus GTS Inc, 2400 Veterans Memorial Blvd., Suite 300, Kenner, LA 70062-8725 |
| 4886126 | + | Backyard Prodcasting, 1685 Four Mile Drive, Williamsport, PA 17701-1975 |
| 4886127 | + | BestLine Leasing, 2582 Gateway Drive, State College, PA 16801-3019 |
| 4876398 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 4886130 | + | Cambece Law, 200 Cummings Center, Suite 173 D, Beverly, MA 01915-6190 |
| 4886137 | + | Empire Solutions, 7406 Route 98, Arcade, NY 14009-9713 |
| 4970881 | + | Energex, 95 Energex Drive, Mifflintown, PA 17059-7748 |
| 4876403 | + | Jersey Shore State Ban, 300 Market St, Williamsport, PA 17701-6374 |
| 4876404 | + | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 4929580 | | On Deck Capital, Inc., 101 West Colfax Ave., Floor 9, Denver, CO 80123 |
| 4886151 | + | Szabo Assoc., 3355 Lenox Road NE, Suite 945, Atlanta, GA 30326-1395 |
| 5247199 | + | The Muncy Bank and Trust Company, c/o Tina Hopple, Loan Assistant, 2 North Main Street, Muncy, PA 17756-1000 |
| 4886152 | + | Tim & Doreen Stickles, 9845 North Route 220 Highway, Jersey Shore, PA 17740-7893 |
| 4876410 | + | Torres Credit Srv, 27 Fairview St Ste 301, Carlisle, PA 17015-3200 |
| 4891880 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 4886154 | + | Williamsport Sun Gazette, 252 West 4th Street, Williamsport, PA 17701-6133 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4970880 | + | Email/Text: mnapoletano@ars-llc.biz | Oct 19 2021 18:46:00 | Ability Recovery Service, PO Box 4031, Wyoming, PA 18644-0031 |
| 4876397 | | EDI: BANKAMER.COM | Oct 19 2021 22:43:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 4899749 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2021 18:50:34 | CACH, LLC, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 4912710 | | EDI: BL-BECKET.COM | Oct 19 2021 22:43:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4886132 | + | EDI: CITICORP.COM | Oct 19 2021 22:43:00 | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 4886133 | + | EDI: COMCASTCBLCENT | Oct 19 2021 22:43:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 4876402 | + | EDI: CITICORP.COM | Oct 19 2021 22:43:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 4922312 | | EDI: Q3G.COM | Oct 19 2021 22:43:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

| Recipient # | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 4876400 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 19 2021 18:46:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 4880327 | | EDI: DISCOVER.COM | Oct 19 2021 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4876401 | + | EDI: DISCOVER.COM | Oct 19 2021 22:43:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 4886138 | + | Email/Text: collections@e-hps.com | Oct 19 2021 18:46:00 | Heartland Payment Systems, 1 Heartland Way, Jeffersonville, IN 47130-5870 |
| 4886140 | | EDI: IRS.COM | Oct 19 2021 22:43:00 | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 4876399 | | EDI: JPMORGANCHASE | Oct 19 2021 22:43:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 4876405 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 19 2021 18:46:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 5292011 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2021 18:50:27 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5292012 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2021 18:50:27 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 4876406 | | Email/Text: camanagement@mtb.com | Oct 19 2021 18:46:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 4891274 | | Email/Text: camanagement@mtb.com | Oct 19 2021 18:46:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 4876407 | + | EDI: MID8.COM | Oct 19 2021 22:43:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 4913375 | + | EDI: MID8.COM | Oct 19 2021 22:43:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5097138 | + | Email/Text: bankruptcy@ondeck.com | Oct 19 2021 18:46:00 | On Deck Capital, Inc., 101 West Colfax Ave., 10th Floor, Denver, CO 80202-5167 |
| 4886146 | + | Email/Text: bankruptcy@ondeck.com | Oct 19 2021 18:46:00 | OnDeck Capital Inc., 1400 Broadway, New York, NY 10018-5300 |
| 4886147 | | EDI: PENNDEPTREV | Oct 19 2021 22:48:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 4886147 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2021 18:46:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 4929526 | | EDI: PRA.COM | Oct 19 2021 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4876408 | + | EDI: PRA.COM | Oct 19 2021 22:43:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 4886149 | + | EDI: RMSC.COM | Oct 19 2021 22:43:00 | SYNCB, PO BOX 965015, Orlando, FL 32896-5015 |
| 4876409 | + | EDI: RMSC.COM | Oct 19 2021 22:43:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 4879180 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 19 2021 18:46:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, Lincoln, NE 68508-1911 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 4886128 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 4886129 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 4886136 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 4886134 | *+ | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 4886135 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 4886139 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 4886131 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 4886141 | *+ | Jersey Shore State Ban, 300 Market St, Williamsport, PA 17701-6374 |
| 4886142 | *+ | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 4886143 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 4886144 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 4886145 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 4886148 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 4886150 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 4886153 | *+ | Torres Credit Srv, 27 Fairview St Ste 301, Carlisle, PA 17015-3200 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Kathy Koch ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Steven Koch ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kathy Koch | Social Security number or ITIN xxx–xx–2130 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Steven Koch | Social Security number or ITIN xxx–xx–3014 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:17–bk–00254–MJC | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven Koch

**By the court:**

10/19/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**